**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

     - v. -                       :   NOTICE OF INTENT TO
                                      FILE AN INFORMATION
SAMUEL BRANTLEY,                  :

          Defendant.              :

- - - - - - - - - - - - - - - - - x

JUDGE KRAM

     Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          May 30, 2007

**07 CRIM. 650**

                              MICHAEL J. GARCIA
                              United States Attorney

                         By:  _____
                              JONATHAN S. ABERNETHY
                              Assistant United States Attorney

                              AGREED AND CONSENTED TO:

                         By:  _____
                              NICHOLAS A. LOTITO, ESQ.
                              Attorney for Samuel Brantley

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/30/07