JUDGE KRAM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                    :

        -v.-                                :

SAMUEL BRANTLEY,                            :         07 Cr.

               Defendant.       **07 CRIM. 650**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

       SAMUEL BRANTLEY, the above-named defendant, who is accused of violating Title 18, United States Code, Section 1349, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                     _____
                                     Defendant

                                     _____
                                     Witness

                                     _____
                                     Counsel for Defendant

Date:  New York, New York
         July 18, 2007



0293