UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CONSENT TO PROCEED BEFORE |
| | : | A UNITED STATES MAGISTRATE |
| -against- | : | JUDGE ON A FELONY PLEA |
| | : | ALLOCUTION. |
| | : | |
| | : | DOCKET NO: 07 CRIM 650 |
| Samuel Brantley   Defendant. | : | |

--------------------------------------------------x

       The undersigned defendant, advised by his or her undersigned attorney, consents

to a United States Magistrate Judge presiding over the proceedings required by Rule 11,

Fed. R. Crim. P., for me to enter a plea of guilty in my case, or to change my plea,  if one

has been previously made, from not guilty to guilty.  I understand that if my plea is accepted,

my sentencing  will take place before the United States District Judge  who is assigned,  or

who is to be assigned,  to my case.

       I understand that I have the absolute right to insist that all Rule 11 proceedings be

conducted before an Article III Judge, and hereby represent and confirm to the Magistrate Judge

that no threats or promises, or other improper inducements, have been made to cause me to

consent to this procedure, and that I do so voluntarily.

       IN  WITNESS WHEREOF  we have executed this consent this _____18 th_____

day of _____July_____, 2007 at  500 Pearl  Street,  New York, New York..

X_____          X_____
       Defendant                          Attorney for Defendant

                    Accepted by:_____Ronald Ellis 7-18-07_____

                    United States  Magistrate Judge
                         Ronald L. Ellis