IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

UNITED STATES OF AMERICA       :
                               :
vs.                            :   CRIMINAL NO.: 07 CR 650
                               :
SAMUEL J. BRANTLEY             :

### MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Edward Little, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

> Applicant's Name: Nicholas A. Lotito
> Firm Name:       Davis Zipperman Kirschenbaum & Lotito, LLP
> Address:         918 Ponce de Leon Avenue NE
> City/State/Zip:  Atlanta, GA 30306
> Phone Number:    (404) 688-2000
> Fax Number:      (404) 872-1622

Nicholas A. Lotito is a member in good standing of the Bar of the State of Georgia.

There are no pending disciplinary proceedings against Nicholas A. Lotito in any State or Federal court.

Dated: _July 17, 2007_

City, State: _New York, N.Y._

Respectfully submitted,

_____
Edward Little
SDNY Bar No.: L-2321
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004
(212) 837-6000
(212) 422-4726 Facsimile



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

    I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

    **DO HEREBY CERTIFY** that **NICHOLAS A. LOTITO, 458150,** was duly admitted to practice in said Court on FEBRUARY 12, 1979 and is in good standing as a member of the bar of said Court.

    Dated at Atlanta, Georgia, this 16th day of July, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Phyllis Brannon
Deputy Clerk





LEAH WARD SEARS, CHIEF JUSTICE
CAROL W. HUNSTEIN, PRESIDING JUSTICE
ROBERT BENHAM
GEORGE H. CARLEY
HUGH P. THOMPSON
P. HARRIS HINES
HAROLD D. MELTON
  JUSTICES

# Supreme Court
## State of Georgia

STATE JUDICIAL BUILDING

Atlanta 30334

THERESE S. BARNES, CLERK
JEAN RUSKELL, REPORTER

July 11, 2007

   I hereby certify that Nicholas A. Lotito, Esq., was admitted on the 16 th day of July, 1992, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

   Witness my signature and the seal of this Court hereto affixed the day and year first above written.

   *Jannette Gibson*

   Deputy Clerk, Supreme Court of Georgia

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| vs. | : CRIMINAL NO.: _____ |
| | : |
| SAMUEL J. BRANTLEY | : |

### ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Edward Little, attorney for Samuel J. Brantley, and said sponsor attorney's affidavit in support; **IT IS HEREBY ORDERED** that

Nicholas A. Lotito
Davis Zipperman Kirschenbaum & Lotito, LLP
918 Ponce de Leon Avenue NE
Atlanta, GA 30306
(404) 688-2000
(404) 872-1622 Facsimile

is admitted to practice pro hac vice as counsel for Samuel J. Brantley in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 7-18-07

City, State: New York, NY

United States ~~District~~/Magistrate Judge