USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

   -v-                            :    **ORDER**

SAMUEL BRANTLEY,                  :    07 Cr. 650 (DC)

            Defendant.          :

- - - - - - - - - - - - - - - - - -x

      WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on July 18, 2007;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

      WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea; *and WHEREAS the Court conducted a supplemental allocution on 8/15/07,*

      IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
         August *15*, 2007

                                      DENNY CHIN
                                      UNITED STATES DISTRICT JUDGE