UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

SAMUEL BRANTLEY,

      Defendant.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**
**07 Cr. 650 (DC)**

TO:    Clerk of Court
         United States District Court
         Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to AUSAs already on the case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

         Respectfully submitted,

         MICHAEL J. GARCIA
         United States Attorney for the
           Southern District of New York

         By:    /s/
             Adam S. Hickey
             Assistant United States Attorney
             (212) 637-1039

TO:    All Counsel of Record